IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                 CASE NO: 19-20029
                                               Judge Matthew F. Leitman

v

DOMINIQUE DUSHON GILBERT,

    Defendant.

_____

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
_____

    This matter having come before the court on Defendant's Counsel's Motion to Withdraw as Counsel;

    The Court being fully apprised of all matters related to this motion.

    THEREFORE, it is hereby ordered and adjudged that Barry A. Wolf is allowed to withdraw as counsel for Defendant and Defendant shall be appointed appellate counsel.

    **IT IS SO ORDERED.**

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: October 17, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764